| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name ) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>James Grant<br>#351-630<br>Lebanon Correctional Institution<br>P.O. Box 56<br>Lebanon, OH 45036 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes | |
| 2. Article Num (Transfer from service label) | 7002 0860 0000 1408 8514    03-896 weber | |
| PS Form 3811, February 2004 | Domestic Return Receipt    #20 | 102595-02-M-1540 |